IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK B. WILLIAMS** )<br>    Petitioner, )<br>)<br>vs. )<br>)<br>**JAMES SHERMAN,** )<br>    Respondent. ) | **C.A. No. 05-177 Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## O R D E R

AND NOW, this 13th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before July 28, 2005, for his failure pay the initial filing fee in this case or file a motion for leave to proceed in forma pauperis. Failure to respond to this Order **will** result in the dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE