UNITED STATES DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241 BY A PERSON IN CUSTODY

NAME: Frederick B. Williams

PRISONER NUMBER: 40051-050

PLACE OF CONFINEMENT: FCI McKean

CASE NO. _____

Frederick B. Williams, PETITIONER
(Include full name under which you were convicted)

v.

James F. Sherman, RESPONDENT
(Name of warden, superintendent, jailor or authorized person having custody of petitioner)

1. Name and location of court which entered the judgment of conviction under which you are presently confined: **US District Court-New Jersey, Camden**

2. Date of judgment of conviction: **05-21-2001**

3. Length of sentence: **84 months**    Sentencing judge: **Judge Orlofsky**

4. Nature of offense or offenses for which you were convicted: **Possession of a Firearm by a convicted felon, 18 USC 922G (1) and (2)**

5. Were you sentenced on (one) or more than one count of an indictment or on more than one indictment in the same court and at the same time?  _X_ YES  ___ NO

6. Do you have any further sentence to serve after you complete the sentence imposed by the judgment under attack?  ___ YES  _X_ NO

Case 1:05-cv-00177-SJM-SPB    Document 4    Filed 06/07/2005    Page 2 of 4

(a) If yes, give name and location of court which imposed the sentence to be served in the future: _____

(b) Give the date and length of sentence to be served in the future: _____

(c) Have you filed or do you contemplate filing a petition attacking the judgment which imposed the sentence to be served in the future? ____YES ____NO

7. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground:

(a) Ground one: <u>I believe that my Good Conduct Time (GCT) is being calculated incorrectly therefore denying me what I should be awarded.</u>
Supporting facts (tell your story briefly without citing cases or law): <u>On April 23, 2004, The District Court, Crabb, Chief Judge for the Western District of Wisconsin, ruled that federal prisoners are entitled to 54 days of GCT credit for every year of the sentence imposed, not time served. The BOP has been awarding GCT on a pro-rated basis according to time actually served in prison which by this ruling is incorrect. I have exhausted all of my administrative remedies.</u>

(b) Ground two: _____

Supporting facts (tell your story briefly without citing cases or law): _____

(c) Ground three: _____

Supporting facts (tell your story briefly without citing cases or law): _____

(d) Ground four: _____

Supporting facts (tell your story briefly without citing cases or law): _____

_____
_____
_____
_____
_____
_____

8. Have you filed any prior habeas corpus application with respect to this incarceration?  ___ YES  _X_ NO

If the answer is YES, please answer the following questions:

Approximate date of filing: _____

Court where petition filed: _____

Docket number of proceeding: _____

Name of judge assigned to proceeding: _____

Disposition: _____

WHEREFORE, the petitioner prays that the Court grant petitioner the relief to which he or she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __6/1/05__          _Frederick B. Williams_
            (DATE)                     (SIGNATURE OF PETITIONER)


                                    _____
                                    (SIGNATURE OF ATTORNEY (IF ANY))

June 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct original and four copies of the foregoing Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 By a Person in Custody was sent via United States mail This __1st__ day of __June__, 2005, to the following:

Clerk
US District Court
PO Box 1820
Erie, PA 16507

*Frederick B. Williams*
_____
Petitioner
Frederick B. Williams
Prisoner NO: 40051-050