CA 05-177 E

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500471 - AM *am*
August 5, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| HABEAS C | 05-177 E | 1 @ 5.00 | 5.00 MO |

TOTAL→                5.00

FROM: FREDERICK WILLIAMS
ERIE COUNTY PRISON
1618 ASH STREET
ERIE, PA 16503