August 5, 2005


U.S. District Court
Western District of Pennsylvania
Clerk's Office
PO Box 1820
Erie, PA 16507

        RE: **Williams v. Sherman/C.A. No: 05-177**
            **Change of Address for Frederick Williams**

Dear Court,

Please be advised of my address change. Although my current case initialized at FCI McKean, I am currently being held at the Erie County Prison. There has been a significant delay in the forwarding of my mail from McKean. Kindly send all correspondence to the following address so that I may respond in a timely manner:

**Frederick Williams**
**#22980**
**Erie County Prison**
**1618 Ash St.**
**Erie, PA 16503**

Thank you for you immediate attention to this matter.

Sincerely,

*Fredrick Williams*