Fredrick Williams
40051-050
FCI McKean
PO Box 5000
Bradford, PA 16701

05-177E

August 15, 2005

Susan Paradise Baxter, United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A 280
Erie, PA 16501

**RE: Request for Court Appointed Counsel**

Dear Judge Baxter:

If at all possible I would like to request court appointed counsel to represent me on the 28 U.S.C. ℘2241 Habeas Corpus Petition I am seeking to file in court.

I would like to request Thomas W. Patton, Assistant Federal Public Defender, PA, ID#88653, since he is familiar with the issue at hand as it related to my case.

Thank you for you time.

Sincerely,

Frederick B. Williams

Frederick Williams
Inmate No. 40051-050

05-177E

August 15, 2005

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct original and four copies of the foregoing petition for Writ of Habeas Corpus under 28 U.S.C. ℘2241 by a person in custody was sent via United States Mail this __15__ day of __August_____, 2005 to the following:

Susan Paradise Baxter, United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A 280
Erie, PA 16501


Clerk
US District Court
P.O. Box 1820
Erie, PA 16507

_Frederick B. Williams_
PETITIONER
FREDERICK B. WILLIAMS
PRISONER NO. 40051-050