IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK WILLIAMS,** )<br>    Petitioner, )<br>        v. )<br>  )<br>**WARDEN JAMES SHERMAN,** )<br>    Respondent )  | C.A. No. 05-177 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

# O R D E R

AND NOW, this 6th day of September, 2005;

IT IS HEREBY ORDERED that the Report and Recommendation [Document # 3] be VACATED.

IT IS FURTHER ORDERED that Petitioner's motion for the appointment of counsel [Document # 6] is GRANTED. IT IS FURTHER ORDERED that Thomas Patton, Esq. of the Federal Public Defender's Office be appointed to represent the Petitioner in all matters related to this case. Counsel is to make service of behalf of Petitioner.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge