IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK B. WILLIAMS | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 05-177 (Erie) |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN JAMES F. SHERMAN | ) | |
| | ) | |
| Respondent. | ) | filed electronically |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

AND NOW, comes Respondent, Warden James F. Sherman ("Respondent"), by his attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christy Wiegand, Assistant United States Attorney for said district, and respectfully requests this Honorable Court to enter an Order enlarging the time to file a Response to the Petition filed in this matter for the following reasons:

1. The instant Petition was served upon the United States Attorney for this district on September 8, 2005.

2. The instant Petition raises issues and questions relating to the calculation of good time credits with respect to Petitioner's sentence.

3. Preliminary review of the Petition indicates that in order to be able to obtain the necessary documents to adequately respond to the Petition, the Respondent will need additional time from the date of the service of the instant Petition.

4. As a result, the Respondent respectfully requests an enlargement of time of an additional thirty (30) days within which to file a response to the Petition.[1]

CONCLUSION

WHEREFORE, for the foregoing reasons, the Respondent respectfully requests that this Honorable Court enter an Order enlarging the time for filing an Response to the Petition for an additional thirty (30) days, or until October 28, 2005.

> Respectfully submitted,
>
> MARY BETH BUCHANAN
> United States Attorney
>
>   s/  Christy Wiegand
>
> CHRISTY WIEGAND
> Assistant U.S. Attorney
> U.S. Courthouse
>  and Post Office
> 700 Grant Street, Suite 4000
> Pittsburgh, PA 15219
> (412) 644-3500
> Counsel for the Respondent

---

[1] The summons accompanying the Petition indicated that Respondent's response to the Petition would be due sixty (60) days after service of the Petition. However, pursuant to 28 U.S.C. § 2243, courts typically require a response within twenty (20) days of service. Pursuant to 28 U.S.C. § 2243, the response to the Petition would be due on or before September 28, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that I have served this date a copy of the within *Motion for Enlargement of Time to File Response*, by mail or electronic filing, upon the following:

Thomas W. Patton
Federal Public Defender's Office
1001 State Street
1111 Renaissance Centre
Erie, PA 16501

*Attorney for Petitioner*

 s/ Christy Wiegand
CHRISTY WIEGAND
Assistant United States Attorney

Date:    September 12, 2005