IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK B. WILLIAMS ) | |
| ) | |
| Petitioner, ) | Civil Action No. 05-177 (Erie) |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN JAMES F. SHERMAN ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, the Respondent having filed a Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the Petition in this case is hereby enlarged for a period of thirty (30) days, or until October 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thomas W. Patton, Attorney for Petitioner
    Christy Wiegand, Asst. U.S. Attorney