AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

FREDERICK B. WILLIAMS

V.

JAMES F. SHERMAN, Warden

SUMMONS IN A CIVIL CASE

CASE NUMBER:   CA 05-177

TO: (Name and address of Defendant)

James F. Sherman, Warden
FCI McKean
P.O. Box 5000
Bradford, PA 16701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Patton
Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_R.V. Barth, Jr._                          _9-1-05_
CLERK                                      DATE

_Angela M. Myers_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/8/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas W. Patton | Assistant Federal Public Defender |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): United States Certified Mail, postage prepaid, return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/20/05                    *[signature]*
              Date                        Signature of Server

Thomas W. Patton, Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James F. Sherman, Warden
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*                ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name): D Danley
C. Date of Delivery: 9/9

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0004 6958 7917

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a s

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN                                          District of    PENNSYLVANIA

FREDERICK B. WILLIAMS                            SUMMONS IN A CIVIL CASE

V.

JAMES F. SHERMAN, Warden

CASE NUMBER:    CA 05-177

TO: (Name and address of Defendant)

United States Attorney
U.S. Courthouse & Post Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Patton
Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_R.V. Barth, Jr._                                 _9-7-05_
CLERK                                              DATE

_Angela M. Myers_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/8/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas W. Patton | Assistant Federal Public Defender |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

XX Other (specify): United States Certified Mail, postage prepaid, return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/05
            Date

*Signature of Server*
Thomas W. Patton, Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   U.S. Courthouse & Post Office
   700 Grant St., Suite 400
   Pittsburgh, PA 15219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                SEP 8 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   XX Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 1940 0004 6958 7955

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may serve a

# UNITED STATES DISTRICT COURT

__WESTERN__   District of __PENNSYLVANIA__

FREDERICK B. WILLIAMS

V.

JAMES F. SHERMAN, Warden

SUMMONS IN A CIVIL CASE

CASE NUMBER:   CA 05-177

TO: (Name and address of Defendant)

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Patton
Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_    9-7-05
CLERK            DATE

_[signature] Angela M. Myers_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/10/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas W. Patton | Assistant Federal Public Defender |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): United States Certified Mail, postage prepaid, return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/05
Date

*Signature of Server*

Thomas W. Patton, Assistant Federal Public Defender
1001 State Street, Suite 1111
Erie, PA 16501

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of U.S.
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 10 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1940 0004 6958 7931

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serv