NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania

Circuit Court Docket No. _____

FULL CAPTION IN DISTRICT COURT:

| | |
|---|---|
| FREDERICK B. WILLIAMS | District Court Docket No. CA 05-177 E |
| v. | |
| JAMES F. SHERMAN, Warden | District Court Judge Sean J. McLaughlin |

Notice is hereby given that __Frederick B. Williams__ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) dismissing Petition for Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2241

entered in this action on __11/14/05__.

DATED: 1/9/06

/s/Thomas W. Patton
(Counsel for Appellant-signature)

| | |
|---|---|
| Thomas W. Patton; PA ID # 88653 | Robert L. Eberhardt |
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| Assistant Federal Defender | Assistant United States Attorney |
| (address) | (address) |
| 1001 State Street, Suite 1111 | 400 U.S. Courthouse & Post Office |
| Erie, PA 16501 | Pittsburgh, PA 15219 |
| (814) 455-8089 | (412) 894-7375 |
| (Tel. No. - FTS or Other) | (Tel. No. - FTS or Other) |